UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:

MARK STEPHEN PEEDIN                          CASE NO. 09-81885
CLEOFE SONIA PEEDIN                          JUDGE CATHARINE R. CARRUTHERS
3818 HOLLY SPRINGS COURT
HILLSBOROUGH, NC  27278

    DEBTORS

SSN(1) XXX-XX-4131        SSN(2) XXX-XX-6038        DATE:  05/27/2010

— — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — —
REPORT OF FILED CLAIMS
— — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — —

    Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection.  After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| BRANCH BANKING TRUST COMPANY | $728.73 | UNSECURED |
| BANKRUPTCY SECTION/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 | INT:  .00% | |
| P O BOX 1847 | NAME ID: 17360 | ACCT: 1436 |
| WILSON, NC  27894-1847 | CLAIM #:  0008 | COMMENT:  MONEY LOANED |
| BRANCH BANKING TRUST COMPANY | $37.97 | UNSECURED |
| BANKRUPTCY SECTION/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 | INT:  .00% | |
| P O BOX 1847 | NAME ID: 17360 | ACCT: 0002 |
| WILSON, NC  27894-1847 | CLAIM #:  0009 | COMMENT:  MONEY LOANED |
| BROCK & SCOTT PLLC | $0.00 | NOTICES ONLY |
| SEAN M CORCORAN | INT:  .00% | NOT FILED |
| 5121 PARKWAY PLAZA DR STE 300 | NAME ID: 105882 | ACCT: |
| CHARLOTTE, NC  28217 | CLAIM #:  0028 | COMMENT:  REP:WELLS FARGO BANK NA |
| CAPITAL ONE BANK | $2,595.46 | UNSECURED |
| P O BOX 71083 | INT:  .00% | |
| CHARLOTTE, NC  28272-1083 | NAME ID: 91510 | ACCT: 3868 |
| | CLAIM #:  0010 | COMMENT: |
| CHEXSYSTEMS | $0.00 | NOTICES ONLY |
| ATTN: CONSUMER RELATIONS | INT:  .00% | NOT FILED |
| 7805 HUDSON ROAD, STE. 100 | NAME ID: 183802 | ACCT: |
| WOODBURY, MN  55125 | CLAIM #:  0019 | COMMENT: |
| CR EVERGREEN LLC | $9,730.74 | UNSECURED |
| MS 550 | INT:  .00% | |
| P O BOX 91121 | NAME ID: 186486 | ACCT: 5714 |
| SEATTLE, WA  98111-9221 | CLAIM #:  0013 | COMMENT:  CHASE BANK USA |
| CREDIT BUREAU | $0.00 | NOTICES ONLY |
| POST OFFICE BOX 26140 | INT:  .00% | NOT FILED |
| GREENSBORO, NC  27402 | NAME ID: 183804 | ACCT: |
| | CLAIM #:  0020 | COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| CREDIT BUREAU OF GREENSBORO<br>P O BOX 26140<br>GREENSBORO, NC 27402 | $0.00<br>INT: .00%<br>NAME ID: 74682<br>CLAIM #: 0014 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| DUKE UNIVERSITY FEDERAL CU<br>2200 W MAIN STREET STE L-100<br>DURHAM, NC 27705 | $105,131.68<br>INT: .00%<br>NAME ID: 102048<br>CLAIM #: 0001 | UNSECURED<br><br>ACCT: 8601<br>COMMENT: 2ND DEED/TRUST<br>(RES)/ORDER |
| DUKE UNIVERSITY FEDERAL CU<br>2200 W MAIN STREET STE L-100<br>DURHAM, NC 27705 | $0.00<br>INT: .00%<br>NAME ID: 102048<br>CLAIM #: 0029 | ARREARS-MORTGAGES/MOBILE HOMES<br>AMENDED<br>ACCT: 8601<br>COMMENT: ARREARS/2ND DT/PAY IN<br>CL#01 |
| EMPLOYMENT SECURITY COMMISSION<br>UNEMPLOYMENT INSURANCE DIVISION<br>POST OFFICE BOX 25903<br>RALEIGH, NC 27611-5903 | $0.00<br>INT: .00%<br>NAME ID: 184385<br>CLAIM #: 0015 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| EQUIFAX INFORMATION SYSTEMS LLC<br>P.O. BOX 740241<br>ATLANTA, GA 30374-0241 | $0.00<br>INT: .00%<br>NAME ID: 183808<br>CLAIM #: 0021 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| EXPERIAN<br>P.O. BOX 2002<br>ALLEN, TX 75013-2002 | $0.00<br>INT: .00%<br>NAME ID: 183809<br>CLAIM #: 0022 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| INNOVIS DATA SOLUTIONS<br>ATTN: CONSUMER ASSISTANCE<br>P.O. BOX 1534<br>COLUMBUS, OH 43216-1534 | $0.00<br>INT: .00%<br>NAME ID: 183812<br>CLAIM #: 0023 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| INTERNAL REVENUE SERVICE**<br>POST OFFICE BOX 21126<br>PHILADELPHIA, PA 19114-0326 | $0.00<br>INT: .00%<br>NAME ID: 183813<br>CLAIM #: 0004 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC 29603-0587 | $18,681.75<br>INT: .00%<br>NAME ID: 91530<br>CLAIM #: 0012 | UNSECURED<br><br>ACCT: 4395<br>COMMENT: CHASE BANK USA NA |
| NC CHILD SUPPORT<br>CENTRALIZED COLLECTIONS<br>POST OFFICE BOX 900006<br>RALEIGH, NC 27675-9006 | $0.00<br>INT: .00%<br>NAME ID: 183816<br>CLAIM #: 0024 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| NORTH CAROLINA DEPARTMENT OF<br>REVENUE<br>C/O NC DEPARTMENT OF JUSTICE<br>POST OFFICE BOX 629<br>RALEIGH, NC 27602-0629 | $0.00<br>INT: .00%<br>NAME ID: 183818<br>CLAIM #: 0018 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| NORTH CAROLINA DEPT OF REVENUE**<br>POST OFFICE BOX 1168<br>RALEIGH, NC 27602-1168 | $0.00<br>INT: .00%<br>NAME ID: 183998<br>CLAIM #: 0005 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| NORTH CAROLINA EMPLOYMENT SECURITY COMMISSION POST OFFICE BOX 26504 RALEIGH, NC 27611 | $0.00 INT: .00% NAME ID: 183819 CLAIM #: 0025 | NOTICES ONLY NOT FILED ACCT: COMMENT: |
| ORANGE COUNTY REGISTER DEEDS 228 S CHURTON ST STE 300 P O BOX 8181 HILLSBOROUGH, NC 27278 | $28.00 INT: .00% NAME ID: 6170 CLAIM #: 0030 | SPECIAL COST ITEM ACCT: COMMENT: |
| ORANGE COUNTY TAX COLLECTIONS PO BOX 8181 HILLSBOROUGH, NC 27278 | $0.00 INT: .00% NAME ID: 183926 CLAIM #: 0006 | NOTICES ONLY NOT FILED ACCT: COMMENT: |
| ORANGE COUNTY TAX COLLECTOR 228 S CHURTON STREET SUITE 200 P O BOX 8181 HILLSBOROUGH, NC 27278 | $254.61 INT: .00% NAME ID: 106157 CLAIM #: 0002 | PRIORITY ACCT: 4131 COMMENT: 09 VEHICLE/MH TAX |
| PORTFOLIO RECOVERY ASSOCIATES % PRA RECEIVABLES MNGMNT LLC P O BOX 12914 NORFOLK, VA 23541 | $14,982.45 INT: .00% NAME ID: 97746 CLAIM #: 0007 | UNSECURED ACCT: 8036 COMMENT: credit card |
| PORTFOLIO RECOVERY ASSOCIATES % PRA RECEIVABLES MNGMNT LLC P O BOX 12914 NORFOLK, VA 23541 | $18,199.36 INT: .00% NAME ID: 97746 CLAIM #: 0011 | UNSECURED ACCT: 3487 COMMENT: CHASE BANK USA N.A. |
| PRA RECEIVABLES MANAGEMENT LLC PORTFOLIO RECOVERY ASSOCIATES P O BOX 41067 NORFOLK, VA 23541 | $0.00 INT: .00% NAME ID: 66284 CLAIM #: 0033 | NOTICES ONLY NOT FILED ACCT: COMMENT: |
| RECOVERY MANAGEMENT SYSTM CORP 25 SE 2ND AVENUE STE 1120 MIAMI, FL 33131-1605 | $5,566.12 INT: .00% NAME ID: 106092 CLAIM #: 0017 | UNSECURED ACCT: 0384 COMMENT: gemb/sams club/discover |
| RETAILERS NATIONAL BANK % CREDITORS RIGHTS & BANKRPTCY 695 RANCOCAS ROAD SUITE 101 WESTAMPTON, NJ 08060 | $0.00 INT: .00% NAME ID: 15510 CLAIM #: 0016 | UNSECURED NOT FILED ACCT: 0273 COMMENT: |
| ROUNDUP FUNDING LLC MS 550 P O BOX 91121 SEATTLE, WA 98111-9221 | $324.80 INT: .00% NAME ID: 65743 CLAIM #: 0027 | UNSECURED ACCT: 9284 COMMENT: CREDIT CARD/OTHER |
| TRANS UNION CORPORATION P.O. BOX 2000 CRUM LYNNE, PA 19022-2000 | $0.00 INT: .00% NAME ID: 183823 CLAIM #: 0026 | NOTICES ONLY NOT FILED ACCT: COMMENT: |
| WELLS FARGO BANK NA FKA WELLS FARGO HOME MRTG 3476 STATEVIEW BLVD FORT MILL, SC 29715 | MONTHLY PMT $2,848.91 INT: .00% NAME ID: 94204 CLAIM #: 0003 | ONGOING DEBT ACCT: 0575 COMMENT: 1ST DEED/TRUST (RES) |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| WELLS FARGO BANK NA | $0.00 | NOTICES ONLY |
| FKA WELLS FARGO HOME MRTG | INT:  .00% | NOT FILED |
| 3476 STATEVIEW BLVD | NAME ID: 94204 | ACCT: |
| FORT MILL, SC  29715 | CLAIM #:  0031 | COMMENT: |
| WELLS FARGO BANK NA | $11,785.39 | ARREARS-MORTGAGES/MOBILE HOMES |
| FKA WELLS FARGO HOME MRTG | INT:  .00% | |
| 3476 STATEVIEW BLVD | NAME ID: 94204 | ACCT: 0575 |
| FORT MILL, SC  29715 | CLAIM #:  0032 | COMMENT:  ARREARS/1ST D/T(RES) |
| **TOTAL:** | **$190,895.97** | |
| JOHN T ORCUTT | $2,800.00 | ATTORNEY FEE |
| 6616-203 SIX FORKS ROAD | | |
| RALEIGH, NC  27615 | | |

RICHARD M. HUTSON, II
P. O. BOX 3613
DURHAM, NC  27702-3613

## NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtors or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  05/27/2010

OFFICE OF THE CHAPTER 13 TRUSTEE

By:  /s/  Lindsay West
Clerk
Chapter 13 Office
P. O. BOX 3613
DURHAM, NC  27702-3613

cc:  Debtors
Attorney for Debtors