C-13-16(FTP)
(Rev. 6/04)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | No. B-09-81885  C-13D |
| Mark S. Peedin | ) | |
| Cleofe S. Peedin | ) | |
| | ) | |
| Debtor | ) | |

ORDER GRANTING STANDING TRUSTEE'S MOTION
TO MODIFY DEBTORS' PLAN

On May 25, 2010, a hearing was held on the Trustee's Motion to Modify the Debtors' Plan pursuant to 11 U.S.C. §1329. After avoidance of a lien in favor of Duke University Federal Credit Union, the Debtors have disposable income that is available for general unsecured creditors in this case. At the hearing, Edward C. Boltz, Esq. appeared on behalf of the Debtors; Benjamin E. Lovell, Esq. appeared on behalf of the Trustee; and no other party appeared or objected to the Trustee's Motion. The Court, after considering the Motion and having heard and considered the statements of counsel and the attorney for the Trustee, finds that the Motion should be granted; therefore, it is ORDERED:

1. The Trustee's Motion to Modify the Debtors' plan pursuant to 11 U.S.C. §1329 is granted.

2. General unsecured creditors in this case shall receive a distribution of at least $21,636.00.

<u>**PARTIES IN INTEREST**</u>
**Page 1 of 1**
**09-81885 C-13D**


**ALL PARTIES OF RECORD AS OF THE DATE OF THE ORDER SHALL BE SERVED BY THE BANKRUPTCY NOTICING CENTER**